UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-24454-Civ-COOKE/TORRES

FAUSTIN CORNETTE,

    Plaintiff,

vs.

I.C. SYSTEM, INC. and M.D. NOW
MEDICAL CENTERS, INC.,

    Defendants.

_____/

### FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and this Court's Omnibus Order on Cross Motions for Summary Judgment (ECF No. 141), **FINAL JUDGMENT** is hereby entered in favor of Defendant, I.C. System, Inc. and against Plaintiff, Faustin Cornette, as to Counts I, II, III, and IV of Plaintiff's Amended Complaint, and in favor of Defendant, M.D. Now Medical Centers, Inc., and against Plaintiff, Faustin Cornette, as to Counts V, VI, and VII of Plaintiff's Amended Complaint.

**DONE and ORDERED** in chambers, at Miami, Florida, this 30th day of November 2017.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*